### MARY WILLIAMS, ADMINISTRATRIX ON THE ESTATE OF NATHAN WHITING, DECEASED, v. THE EXECUTORS OF THOMAS DARLING, DECEASED.

It is the duty of commissioners on an insolvent estate, to offset the mutual claims of the creditors and the deceased.

No appeal lies from the report of commissioners, by a creditor, because his claim is not allowed.

APPEAL from an order of the Court of Probate, accepting a return of commissioners on the estate of said Thomas deceased, which was represented insolvent, for the following reasons, viz. that said Mary recovered a judgment against the said Thomas in his lifetime, for £    which being in force and unpaid, she exhibited it to said commissioners, and claimed to have it allowed: And the executors of said Darling brought in a sum paid to Haly, etc. by the said Thomas for the use and benefit of said Nathan, to the amount of said judgment, and claimed to have it offset; which said commissioners did, and made report without finding anything due to the estate of said Nathan; which said commissioners had no authority to do. Hosmer v. Brattle, Middlesex, this circuit.

Plea in abatement — That no appeal lies in such case, for the reasons stated by the appellant; for the appeal is from the doings of the commissioners, whom the law has made the final judges in such cases.

Judgment of the court — That the plea in abatement is sufficient; for that by the law the commissioners are the final judges with respect to the claims of the creditors, where they are disallowed, and they have right to make offsets in such cases.